THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENERAL CHEMICAL COMPANY, Respondent, *v.* JACOB A. CANTOR et al., as Commissioners of Taxes, etc., of the City of New York, Appellants.

*People ex rel. General Chemical Co.* v. *Cantor,* 188 App. Div. 959, affirmed.

(Argued January 5, 1920; decided January 20, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1919, which affirmed an order of Special Term reducing assessments on the relator's real property for purpose of taxation for the year 1918.    The Special Term was called upon to determine what change chapter 726 of the Laws of 1917, as amended by chapter 271 of the Laws of 1918, made in the taxable status of machinery and equipment of manufacturing and mercantile corporations which are defined as real estate by subdivision 6 of section 2 of the Tax Law, and whether all the equipment and machinery of the relator, other than boilers, etc., specifically mentioned in section 219-J, was entitled to exemption as personal property.    The Special Term decided upon the facts presented that all the relator's machinery and equipment other than the boilers, ventilating apparatus, elevators, gas, electric and water power generating apparatus and shafting, was exempt from taxation and reduced the assessments accordingly.

*William P. Burr, Corporation Counsel (William H. King* and *Eugene Fay* of counsel), for appellants.

*Louis Dean Speir* for respondent.

*John J. O'Connor* and *James M. Vincent* for Jacob Ruppert, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.